UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00282

**Kimberly Banfield Foreman,**
*Plaintiff,*

v.

**City of Tyler et al.,**
*Defendants.*

# ORDER

Plaintiff filed this action alleging entitlement to equitable relief. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the complaint be dismissed without prejudice for lack of subject matter jurisdiction. Doc. 14 at 4. Plaintiff did not file written objections. Instead, plaintiff filed a motion agreeing with the recommendation and asking the court to dismiss her claims for lack of subject matter jurisdiction. Doc. 16. When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The court grants defendants' second motion to dismiss., Doc. 9, and dismisses this action without prejudice for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(b)(1), (h)(3). Any pending motions are denied as moot.

*So ordered by the court on November 12, 2025.*

J. CAMPBELL BARKER
United States District Judge